**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NEVADA BELL,
                 *Plaintiff-Appellee,*

v.

PAC-WEST TELECOMM, INC.,
                 *Defendant-Appellant,*

and

NEVADA PUBLIC UTILITIES
COMMISSION; JUDY M. SHELDREW,
and MICHAEL A. PITLOCK,
Commissioners,

                 *Defendants.*

No. 01-15790

D.C. No.
CV-99-00492-ECR

ORDER

Appeal from the United States District Court
for the District of Nevada
Edward C. Reed, District Judge, Presiding

Argued and Submitted
January 12, 2005—San Francisco, California

Filed January 24, 2005

Before: John T. Noonan, Carlos T. Bea, Circuit Judges,
and Robert E. Jones.*

## COUNSEL

D. Anthony Rodriguez, San Francisco, California, for the
defendant-appellant.

*The Honorable Robert E. Jones, United States Senior District Judge
for the District of Oregon, sitting by designation.

Kevin M. Fong, San Francisco, California, for the plaintiff-appellee.

## **ORDER**

The judgment of the district court is AFFIRMED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.